# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER STEFFAN, et al.,<br><br>Defendants. | Case No. 2:26-cv-00875-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a former state prisoner and an application to proceed *in forma pauperis* for an inmate. Docket Nos. 1-1, 1. However, Plaintiff listed a non-prison address as his current address in the Complaint and, according to the Nevada Department of Corrections inmate database, Plaintiff is currently on parole. Docket No. 1-1 at 1. Therefore, the Court will deny Plaintiff's application to proceed *in forma pauperis* for inmates as moot. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $405, on or before **May 1, 2026**.

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* for inmates, Docket No. 1, is **DENIED** as moot.

2. No later than **May 1, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

3. The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as instructions for the same.

4. If Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with

///

///

1

the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

IT IS SO ORDERED.

DATED:  April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2