UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HARRY MCDANIEL,

Plaintiff,

v.

CHRISTOPHER STEFFAN, et al.,

Defendants.

Case No.: 2:26-cv-00875-CDS-NJK

**ORDER**

On March 24, 2026, Plaintiff Harry McDaniel submitted a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* for inmates. Docket Nos. 1, 1-1. However, Plaintiff listed a non-prison address on the complaint and, according to NDOC's online inmate database, it appears that Plaintiff was paroled before filing the complaint. As such, the screening requirements of 28 U.S.C. § 1915A do not apply to Plaintiff's complaint. *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) (holding "that a court may screen a complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is 'incarcerated or detained'"). Plaintiff has now paid the $405 filing fee in full. Docket No. 7. Therefore, the screening requirements for plaintiffs proceed *in forma pauperis* under 28 U.S.C. § 1915 also do not apply to Plaintiff's complaint. Accordingly, this case is removed from the screening pool and will proceed according to standard litigation practices.

For the foregoing reasons, IT IS HEREBY ORDERED that the Court will not screen the complaint, and this case will proceed along a standard litigation track.

IT IS SO ORDERED.

DATED: April 23, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE